FRED M. PLEVIN (SBN 126185)
MELISSA LISTUG KLICK (SBN 228470)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California  92101-8214
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for DEFENDANT
JENNY CRAIG, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARY DELOSIE, GABRIELLE STEVENS, AND LISA GARY,<br><br>Plaintiff,<br><br>v.<br><br>JENNY CRAIG, INC., JACKIE FRENZI, BRANDI MARTIN, AND DOES 1-20,<br><br>Defendants. | CASE NO. CIV S-04-1965 MCE DAD<br><br>**STIPULATION OF THE PARTIES TO EXTEND DISPOSITIVE MOTION HEARING CUT-OFF DATE AND ORDER**<br><br>Courtroom:         3<br>Judge:              Morrison C. England Jr.<br>Complaint Filed: May 21, 2004<br>Trial Date:         February 15, 2006 |

IT IS HEREBY STIPULATED by and between all of the parties to the above-captioned matter that for good cause appearing the Status Order in this matter dated December 15, 2004, shall be modified so that all dispositive motions shall be heard <u>no later than</u> November 14, 2005.

All other discovery, including expert witnesses, and trial dates in the action remain unchanged by this stipulation.  This order shall not form the basis to extend any other cut-off dates, to add any new parties, causes of actions or defenses, or to continue the trial date.

1  This stipulation will advance the fair and efficient administration of justice to
2  enable the parties to engage in meaningful settlement negotiations.  Toward this end, the
3  parties have agreed to attend a mediation and have chosen and retained a mediator.  A
4  mediation has been scheduled for September 13, 2005, which is the first available date the
5  parties and the selected mediator can schedule the mediation.  The parties believe that the
6  mediation will be more effective in resolving the matter if it is completed before either
7  party must exert the time and expense to prepare a dispositive motion.  This stipulation
8  will not affect the trial date in this matter.

9  IT IS HEREBY AGREED:

10  Dated: August___, 2005                    DONLON LAW FIRM

13                                            By:_____
                                                  RISE DONLON
                                                  Attorneys for PLAINTIFFS KARY
14                                                DELOSIE, GABRIELLE STEVENS
                                                  AND LISA GARY

16  Dated: August___, 2005                    PAUL, PLEVIN, SULLIVAN &
                                              CONNAUGHTON LLP

19                                            By:_____
                                                  FRED M. PLEVIN
20                                                MELISSA LISTUG KLICK
                                                  Attorneys for DEFENDANT JENNY
21                                                CRAIG, INC.

24  APPROVED AND SO ORDERED FOR GOOD CAUSE APPEARING:
    Dated: August 25, 2005

2