IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARY DELOSIE, GABRIELLE STEVENS, AND LISA GARY,<br><br>Plaintiff,<br><br>v.<br><br>JENNY CRAIG, INC., JACKIE FRENZI, BRANDI MARTIN, AND DOES 1-20,<br><br>Defendants. | CASE NO. CIV S-04-1965 MCE DAD<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (F.R.C.P. 41(a)(1))**<br><br>Courtroom:     3<br>Judge:            Morrison C. England Jr.<br>Complaint Filed: May 21, 2004<br>Trial Date:      February 15, 2006 |

Pursuant to the stipulation of all parties that have appeared in this action, filed on September 20, 2005, the Court ORDERS that this action shall be and hereby is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: September 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

1